**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No.  1:25-CR-334 (MAD) |
| ) | |
| **v.** ) | |
| ) | |
| **NICHOLAS SHERLOCK,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

## BILL OF PARTICULARS

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture from defendant, **NICHOLAS SHERLOCK**, on the basis of the forfeiture allegation set forth in the Indictment filed in the above-captioned criminal case:

1. A Galaxy S23 Ultra model SM-S918U1 cell phone bearing IMEI number 358835963144487.

Dated: August 26, 2025

JOHN A. SARCONE III
Acting United States Attorney

By:   /s/ *Alexander P. Wentworth-Ping*
Alexander P. Wentworth-Ping
Assistant United States Attorney
Bar Roll No. 701897

AWP/mm
cc:   Eric K. Schillinger, Esq., *via* ECF